IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL DUNSTON. <br><br> Plaintiffs, <br><br> v. <br><br> THE MEREDITH CORPORATION <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: 1:21-cv-02220-MLB-AJB <br><br><br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF MICHAEL DUNSTON'S DISMISSAL WITHOUT PREJUDICE A G A I N S T  DEFENDANT  MEREDITH CORPORATION

Plaintiff Michael Dunston, by and through his attorney of record, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) hereby **voluntarily dismisses** the above-styled action <u>without prejudice</u>. There have been no answer or summary judgment motion filed in this matter. Therefore, the Plaintiff request that the Clerk enter his **voluntary dismissal without prejudice**.

This <u>17th</u> Day of <u>June</u> 2021.

/s/ Shawn B. McCullers
Shawn B. McCullers, Esq.
Georgia Bar No. 784019
Attorney for Plaintiff


**The McCullers Litigation Group, LLC**
1984 Howell Mill RdPO
Box 250071
Atlanta, Georgia 30325
(470) 919-1264 Office
(770) 538-1969 Fax
Smccullers@mlitgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL DUNSTON.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE MEREDITH CORPORATION<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>FILE NO.: <u>1:21-cv-02220-MLB-AJB</u><br><br><br><br><br><br><u>**JURY TRIAL DEMANDED**</u> |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the Certificate of Service for the foregoing **PLAINTIFF MICHAEL DUNSTON'S DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT MEREDITH CORPORATION** with the Clerk of Court

using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**BAKER & HOSTETLER LLP**
Eric L. Barnum
Ga Bar No. 039305
ebarnum@bakerlaw.com
Mitchell A. Robinson
Ga Bar No. 457665
marobinson@bakerlaw.com
Lindsay M. McCall
Ga Bar No. 731830
lmccall@bakerlaw.com
1170 Peachtree Street,
Suite 2400
Atlanta, GA 30309-7676
T: ( 404) 459-0050
F: ( 404) 459-5734
Attorneys for Defendant

Respectfully submitted, this 17th, day of June, 2021.

By:

/s/ Shawn B. McCullers
Shawn B. McCullers
GA Bar No. 784019


**The McCullers Litigation Group, LLC**
1984 Howell Mill Rd
PO Box 250071
Atlanta, Georgia 30325
(470) 919-1264 Office
(770) 538-1969 Fax
Smccullers@mlitgroup.com